United States District Court
Southern District of Texas
ENTERED
AUG 24 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
AUG 21 1998
Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDDIE RODRIGUEZ | * | |
| | * | |
| VS. | * | CIVIL ACTION |
| | * | NO. B-96-037 |
| UNITED STATES OF AMERICA | * | |

O R D E R

Before this Court is the Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation should be adopted.

It is therefore ORDERED, ADJUDGED AND DECREED that the Government's Motion for Summary Judgment be and is hereby GRANTED and Petitioner's Motion to Vacate, Set Aside or Correct Sentence be and is hereby DENIED and this cause of action be and is hereby DISMISSED WITH PREJUDICE.

DONE at Brownsville, Texas, this 21st day of August, 1998.

Filemon B. Vela
United States District Judge