IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 1 2 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| EDDIE RODRIGUEZ | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION |
| | § | NO. B-96-037 |
| UNITED STATES OF AMERICA | § | |
| Respondent | § | |

## ORDER

Before the Court is Eddie Rodriguez's ("petitioner") Motion for Reconsideration pursuant to Federal Rules of Civil Procedure, Rule 60(b). This Court has reviewed the petitioner's claims and is of the opinion that such are without merit.

Accordingly, it is ORDERED, ADJUDGED, and DECREED that the petitioner's Motion for Reconsideration pursuant to Federal Rules of Civil Procedure, Rule 60(b) should be and is hereby DENIED.

DONE this _9th_ day of April, 1999 in Brownsville, Texas.

Filemon B. Vela
United States District Judge